JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Best International Trading, Inc., | Case No. 2:23-cv-05716-MCS-JPR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JMart Brooklyn; JMart Group, Inc., d.b.a. JMart; Win Luck Trading, Inc.; and Does 1 to 20, inclusive, | |
| Defendants. | |

1         Pursuant to this Court's Order Granting Motion to Dismiss, it is ordered,

2    adjudged, and decreed that judgment is entered in favor of Defendant JMart Brooklyn,

3    JMart Group, Inc., and Win Luck Trading, Inc., and against Plaintiff Best International

4    Trading, Inc. The claims against Defendants are dismissed with prejudice. Plaintiff shall

5    take nothing from Defendants.

6

7    **IT IS SO ORDERED.**

8

9     Dated: November 6, 2024

10                                    MARK C. SCARSI
                                   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28